

Christopher H. Lowe – Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

June 10, 2021

VIA ECF
The Clerk of the Court
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Nisbett v. Jamie Young Company, 1:21-cv-03138

Dear Clerk of the Court:

    This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act. We submit this letter to inform the Court that this case was inadvertently filed in the Eastern District of New York due to a glitch in PACER, as it should have been filed in the Southern District of New York. We thereby respectfully request a refund of the filing fee, and that the Clerk administratively close the case upon processing of the refund.

    We appreciate your time and attention to this submission.

Respectfully submitted,
LIPSKY LOWE LLP


s/Christopher H. Lowe
Christopher H. Lowe